FILED 24 JUL '23 10:58 USDC-ORE

Original

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

~~Portland~~ Eugene DIVISION

Ryan Nam Nguyen
*(Enter full name of plaintiff)*

Plaintiff,

v.

Daryl Borello, Stuart Young
(?) [Ms.] Lowe, Phlaum, Hitte, Chase
~~S_____~~ Tom McLay, Debbi Geddes, Dennis Walton
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 2:23-cv-1073-SB
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

if after Aug. 10, 2023:
P.O. Box 50023
Eugene, OR 97405

Name: Ryan Nam Nguyen #19424173
Street Address: ~~#19424173, 8_____ Station~~ ~~Ashcroft~~ Oregon State Pen
City, State & Zip Code: ~~Ontario, OR 97914~~            2605 State St.
Telephone No.: ~~(541) 881-8705~~                         Salem, OR 97310
                                                           (541) 505-4274

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**  Name: Daryl Borello
Street Address: 3405 Deer Park Dr SE
or: 3723 Fairview Industrial Drive SE200
Salem, OR 97302
City, State & Zip Code: Salem, OR 97310
Telephone No.: (503) 378-2534

**Defendant No. 2**  Name: ~~Corporal~~ Sgt (Ms) Lowe (transportation officer)
Street Address: 2605 State St.
City, State & Zip Code: Salem, OR 97310
Telephone No.: ____

**Defendant No. 3**  Name: Stuart Young
or: 3723 Fairview Industrial Drive SE209
Salem, OR 97302
Street Address: 3405 Deer Park Dr SE
City, State & Zip Code: Salem, OR 97310
Telephone No.: (503) 378-2534

**Defendant No. 4**  Name: Food Coordinators: Mr. Hitle (sp?) & Mr. Phlaum (sp?) Def. No. 5
Street Address: 3600 13th St.
City, State & Zip Code: Baker City, OR 97814
Telephone No.: ____

Def. No. 6 + Superintendent of PRCF Tom McLay
" as above, Baker City, OR 97814 (541) 523-6680

Def. No. 7 Debbi Geddes
3600 13th St., Baker City, OR 97814

## II. BASIS FOR JURISDICTION

Def. No. 8 Food Worker Ms. Chase, PRCF

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Def. No. 9 Dennis Walker (541) 523-9554

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

RLUIPA (Religious Land Use and Institutionalized Persons Act) & Freedom of Religion Constitutional Rights. (1st Amendment of U.S. Constitution)

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Denied Jan. 1, 2022, I was deprived of my right to access Kosher diet accomodations, (a religious/faith based accomodation) already available to other adults in custody at this institution and throughout this State's department of corrections. Daryl Borello, the administrator of religious services for Oregon Dept. of Corrections, descriminated against me in a biased fashion when refusing this accomodation to me. This occurred from ~Nov. 2021 to until ~June 10th, 2023

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

After being finally granted Kosher diet, ~July, 2022 (July 20, 2022) Food Coordinators Hitte and Phlavm, & Food Service Workers

Chase, at Powder River Correctional Facility in Baker City, OR, descriminated against me with verbal retaliations and harassment, from ~~July~~ August, 1, 2022 through December 25, 2022... all because I tried to enforce the rights I had been granted. My Kosher accomodation was constantly paused, ended, restarted, and altered... My religious rights toyed with.

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Tom McLay & Debbi Geddes of PRCF targetted me as a religious and ethnic minority, interfering with my AIP treatment program, institution housing, and essentially attempted to mess with me psychologically with threats, mainly because I tried to pursue my rights. Dennis Walton targetted me, and they all allowed other ~~adults in custody to assault and rape me~~ staff like Phlaum, Hitte, & Chase to verbally harass me. On ~ August 28 & ~ October 15, 2022, Phlaum & Hitte called me out to kitchen where they berated ~~my~~ me sacreligiously,

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

 ☒ Yes   ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I request punitive and compensatory restitution in the amount of $1,100, and immediate instatement of Kosher dietary accomodations, permanently, for the duration of this incarceration set, as well as automatically for all future prison sets.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of July, 2023

_____
(Signature of Plaintiff)