IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RYAN NAM NGUYEN, | Case No. 2:23-cv-01073-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DARYL BORELLO *et al.*, | |
| Defendants. | |

**IMMERGUT, District Judge.**

Plaintiff Ryan Nam Nguyen ("Nguyen"), a self-represented litigant in custody at Oregon State Penitentiary, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2023, the Court, noting that Nguyen had accumulated three strikes under 28 U.S.C. § 1915(g), denied Nguyen's application to proceed *in forma pauperis* and ordered him to pay the $402.00 filing fee within thirty days if he wished to proceed (ECF No. 7). The Court advised Nguyen that failure to pay the filing fee within thirty days would result in the dismissal of this action.

///

PAGE 1 – ORDER OF DISMISSAL

Nguyen did not pay the filing fee within the thirty-day period, nor did he request an extension of time in which to do so. Accordingly, the Court DISMISSES this action, without prejudice, and DENIES AS MOOT all pending motions.

**IT IS SO ORDERED.**

DATED this **14th** day of September, 2023.

Karin J. Immergut
United States District Judge